JS-6

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
     Social Security Administration
     160 Spear Street, Suite 800
     San Francisco, California 94105-1545
     Telephone: (510) 970-4857
     E-mail: susan.l.smith@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LAMEL WILSON,<br><br>       Plaintiff,<br><br>       v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>       Defendant. | No. 2:22-cv-07979-JC<br><br>JUDGMENT OF REMAND |

/ / /

/ / /

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED:   March 13, 2023

_____/s/_____

HONORABEL JAQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

2